**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01635-BNB

CESAR RYAN MARQUEZ,

    Plaintiff,

v.

LONGMONT POLICE DEPARTMENT,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the Motion to Set-Up Payment Plan filed by Plaintiff on September 7, 2010. The motion is DENIED. Plaintiff is directed to comply with the Court's July 22, 2010, order, which explained a payment plan acceptable to the Court. If unable to comply, Plaintiff must provide documentation from the Boulder County Jail as to his inability to do so. Plaintiff shall have **twenty (20) days from the date of this minute order** to make the necessary arrangements for the monthly payments in compliance with the July 22 order, or to demonstrate why he is unable to comply as specified in this minute order. Failure to do so may result in the dismissal of this action.

Dated: September 8, 2010